IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02429-PAC-BNB

THE ESTATE OF GREGORY L. HERRING, by and through David Burford, Esq.,
GREGORY L. HERRING, JR., a minor child, by and though his Guardian Ad Litem, David Burford, Esq.,
SUMMER HERRING, a minor child, by and through her Guardian Ad Litem, David Burford, Esq., and,
GREGORY Q. HERRING., a minor child, by and through his Guardian Ad Litem, David Burford, Esq.,

    Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS, a municipal entity, et al.,

    Defendant(s).
_____

## ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    Before the Court is the Parties' November 4, 2005 Stipulated Motion to Withdraw Document, Doc. # 59. Upon review of the motion, and finding good cause for the requested relief, it is

    HEREBY ORDERED that the Parties' November 4, 2005 Stipulated Motion to Withdraw Document, Doc. # 59 is granted. Plaintiffs' Motion for Protective Order, Doc. # 49, filed October 17, 2005, is withdrawn and therefore denied as moot without prejudice. It is further

    ORDERED that the motions hearing set for November 9, 2005 is vacated. It is further

ORDERED that Plaintiffs shall have up to thirty days following the ruling on the motion for summary judgment to resubmit the motion for protective order; and defendants shall have up to thirty days following a ruling on the protective order to depose the Herring children, or up to sixty days following the ruling on the motion for summary judgment if no motion for protective order is resubmitted.

Dated: November 4, 2005.

By the Court:
s/Patricia A. Coan
Patricia A. Coan
Magistrate Judge