IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02429-PAC-BNB

THE ESTATE OF GREGORY LOUIS HERRING,
By and through, CAROLYN MOORE, Personal Representative, et al.,

Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS, a municipal entity, et al.,

Defendant(s).

**ORDER OF DISMISSAL AS TO CERTAIN CLAIMS AND PARTIES ONLY**

THIS MATTER having come before the Court on the Parties Stipulated Motion for Dismissal of Certain Claims and Parties, Doc. # 69, and the Court being fully advised in the premises,

HEREBY ORDERS that the parties' November 18, 2006 Stipulated Motion for Dismissal of Certain Claims and Parties, Doc. # 69, is GRANTED. It is further ORDERED that the Stipulation for Dismissal, Doc. # 66 is DENIED as moot. It is further

ORDERED that Plaintiffs' state law claims and all claims against Police Chief Luis Velez and Police Chief Velez are dismissed with prejudice, each party to pay its or his/her own attorney fees and costs as to this dismissal. The Caption shall reflect the deletion of Chief Velez.

Entered this18th day of November 2005.    BY THE COURT:
s/Patricia A. Coan
Patricia A. Coan, Magistrate Judge