IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02429-PAC-BNB

THE ESTATE OF GREGORY LOUIS HERRING,
By and through, CAROLYN MOORE, Personal Representative, et al.,

Plaintiff(s),

v.

THE CITY OF COLORADO SPRINGS, a municipal entity, et al.,

Defendant(s).

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the Stipulated Motion for Dismissal with Prejudice, and being fully advised, grants the Stipulated Motion and further

DOES HEREBY ORDER that Defendant City of Colorado Springs is dismissed from this matter with prejudice, and Defendants Gary Darress, Rory Carroll and Brent Ambuehl are dismissed from this matter with prejudice, with the exception of the appeal of the familial association claim, each party to pay all their own costs and fees incurred to the date of this Order.

THIS ORDER ENTERED this 21st day of March, 2006.

BY THE COURT:

S/ Patricia A. Coan
UNITED STATES MAGISTRATE JUDGE
Patricia A. Coan